\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PANTAURUS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION No. 1-14-CV-513 |
| v. | § | |
| | § | JUDGE RON CLARK |
| ANCESTRY.COM, INC., | § | |
| | § | |
| *Defendants.* | § | |

### ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Before the court is the parties' Agreed Motion to Dismiss with Prejudice. Doc. # 10. The parties seek a dismissal with prejudice. The court is of the opinion that it should grant this.

IT IS THEREFORE ORDERED that the Agreed Motion to Dismiss with Prejudice (Doc. # 10) is GRANTED, this case is DISMISSED WITH PREJUDICE, and costs will be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **5** day of **January, 2015.**

_____
Ron Clark, United States District Judge